**I–FLOW CORPORATION, Plaintiff–Appellee,**

v.

**WOLF MEDICAL SUPPLY, INC., Defendant,**

and

**First Medical Source, Defendant–Appellant.**

No. 2010–1032.

United States Court of Appeals, Federal Circuit.

May 3, 2010.

946

## ON MOTION

### *ORDER*

First Medical Source moves unopposed to dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party will bear its own costs.